COPY

1 | GREENBERG TRAURIG, LLP
2 | TYLER R. ANDREWS (SBN 250686)
    | MARK G. TRATOS (SBN 93425)
3 | 3773 HOWARD HUGHES PKWY, Suite 400N
    | Las Vegas, Nevada 89123
4 | Telephone: (702) 792-3773
    | Facsimile: (702) 792-9002
5 | E-Mail:     andrewst@gtlaw.com;
6 |
    | *Attorneys for Plaintiff*
7 | *Multi Packaging Solutions, Inc.*

FILED
2009 APR -6 AM 9:22
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTI PACKAGING SOLUTIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. MERCHANTS, INC., a California corporation, and THE MERCHANT OF TENNIS, INC., a California corporation,<br><br>Defendants. | CASE NO.<br>**CV09-02361 MMM (FFMx)**<br><br>**COMPLAINT FOR:**<br><br>(1) **BREACH OF CONTRACT;**<br>(2) **ACCOUNT STATED;**<br>(3) **UNJUST ENRICHMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Multi Packaging Solutions, Inc. ("Plaintiff" or "MPS") alleges as follows against Defendant U.S. Merchants, Inc. ("U.S. Merchants") and Defendant The Merchant of Tennis, Inc. ("Merchant of Tennis") (collectively "Defendants"):

### JURISDICTION AND VENUE

1. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, because there is complete diversity of citizenship between Plaintiff and the Defendants, and the amount in controversy exceeds $75,000, exclusive of

interest and costs. Plaintiff is a Delaware corporation. Defendant U.S. Merchants is a California corporation. Defendant Merchant of Tennis is a California corporation.

2. Venue is proper pursuant to 28 U.S.C. §§ 1391(a) and (b) because Defendants reside in this District and a substantial part of the events or omissions giving rise to the claims stated herein occurred in this District.

## THE PARTIES

3. Plaintiff is corporation organized under the laws of Delaware, with its principal place of business in New York, New York.

4. U.S. Merchants is a corporation organized under the laws of California, with its principal place of business in Los Angeles, California.

5. Merchant of Tennis is a corporation organized under the laws of California, with its principal place of business in Beverly Hills, California

## SUMMARY OF CASE

6. This action is based on Defendants' refusal to pay debts as required by contracts for goods with Plaintiff

7. Specifically, Defendants maintained an open account with Plaintiff for the sale of various printing and packaging materials.

8. Between July of 2008 and October of 2008, Defendants submitted seven (7) purchase orders for goods totaling at least $405,612.03 (the "Purchase Orders").

9. Plaintiff delivered all goods to Defendants pursuant to the Purchase Orders.

10. Plaintiff has issued several invoices to Defendants for payment of the $405,612.03 due (the "Invoices"). Attached hereto as **Exhibit A** is a copy of Plaintiff's account statement reflecting the amount due for sale of goods.

11. Defendants did not pay Plaintiff's Invoices, and on February 18, 2009, Plaintiff demanded in writing that Defendants pay their account balance in full.

Attached hereto as **Exhibit B** is a demand letter from Plaintiff's counsel to Defendants.

12. Defendants have failed to respond to Plaintiff's demand and have failed to remit payment to Plaintiff.

13. Defendants currently owe $394,435.48 to Plaintiff pursuant to the Invoices.

### FIRST CLAIM FOR RELIEF
### (Breach of Contract)

14. Plaintiff incorporates by reference paragraphs 1 through 13, inclusive, of this Complaint as if set forth in full herein.

15. Plaintiff and Defendants entered into a valid and enforceable contract whereby Plaintiff sold goods to Defendants.

16. Defendants have materially breached their contract with Plaintiff by failing to pay $394,435.48 for the provided goods.

17. As a proximate result of Defendants' breach of the contract, Plaintiff has been damaged in an amount greater than $75,000.00 and is entitled to all applicable damages, pre and post-judgment interest, costs, and attorneys' fees.

### SECOND CLAIM FOR RELIEF
### (Account Stated)

18. Plaintiff incorporates by reference paragraphs 1 through 17, inclusive, of this Complaint as if set forth in full herein.

19. Plaintiff sold certain goods to Defendants on an open account.

20. Defendants' total amount due on the open account is now $394,435.48.

21. Though Plaintiff requested and demanded Defendants pay the amount due, Defendants have failed to do so.

22. As a proximate result of Defendants' failure to pay its open account balance, a due, owing, and unpaid account exists of $394,435.48, which should be

1  awarded to Plaintiff along with all applicable pre and post-judgment interest, costs,
2  and attorneys' fees.

### THIRD CLAIM FOR RELIEF

### (Implied Contract/Unjust Enrichment)

23. Plaintiff incorporates by reference paragraphs 1 through 22, inclusive, of this Complaint as if set forth in full herein.

24. Plaintiff provided valuable goods and services to Defendants upon Defendants' request.

25. If the Court finds that no express contract exists between the parties, this Court should imply a contract between the parties requiring Defendants to pay the actual value for the goods and services provided by Plaintiff for the benefit of Defendants.

26. Defendants requested and received valuable goods and services from Plaintiff, and it would be inequitable and unjust for Defendants to retain the value of those goods and services without payment to Plaintiff.

27. As a proximate result of Defendants' unjust enrichment, Plaintiff has been damaged in an amount greater than $75,000.00, and is entitled to all applicable damages, costs, pre and post-judgment interest, and attorneys' fees.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, jointly and severally, as follows:

(a) For damages in the sum of $394,435.48.

(b) For interest thereon at the legal rate from the date of each unpaid Invoice to the date of judgment, along with all applicable post-judgment interest.

  (c) For reasonable attorneys' fees as may be allowed by contract or applicable law.

  (d) For costs of suit incurred herein; and

  (e) For such other and further relief as the Court may deem just and proper.

DATED: April 1st, 2009  GREENBERG TRAURIG, LLP

TYLER R. ANDREWS (SBN 250686)
MARK G. TRATOS (SBN 93425)
GREENBERG TRAURIG LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Counsel for Plaintiff MULTI PACKAGING SOLUTIONS. INC.*

# EXHIBIT A



**MULTI PACKAGING SOLUTIONS**

75 Remittance Drive, Suite 3111
Chicago, IL 60675-3111

**STATEMENT - 2/16/09**

US Merchants #305448
8737 Wilshire Blvd
Beverly Hills, CA 90211

| Invoice # | Date | DSO | Amount | 1-30 | 31-60 | 61-90 | 91-120 | 121-240 | Total Due |
|---|---|---|---|---|---|---|---|---|---|
| 41589 | 7/18/2008 | 192 | $ 11,176.55 | | | | | $ 11,176.55 | |
| 41692 | 7/31/2008 | 179 | $ 57,814.00 | | | | | $ 57,814.00 | |
| 41818 | 8/25/2008 | 154 | $ 132,733.51 | | | | | $ 132,733.51 | |
| 42046 | 9/29/2008 | 119 | $ 9,818.25 | | | | $ 9,818.25 | | |
| 42094 | 9/30/2008 | 118 | $ 155,121.23 | | | | $ 155,121.23 | | |
| 42259 | 10/24/2008 | 94 | $ 6,330.24 | | | | $ 6,330.24 | | |
| 42336 | 10/31/2008 | 87 | $ 32,818.25 | | | $ 32,818.25 | | | |
| | | | | $ - | $ - | $ 32,818.25 | $ 171,269.72 | $ 201,724.06 | $ 405,612.03 |

Exhibit A Page 1

# EXHIBIT B



BRIDGEWATER PLACE • POST OFFICE BOX 352
GRAND RAPIDS, MICHIGAN 49501-0352

TELEPHONE 616/336-6000 • FAX 616/336-7000 • WWW.VARNUMLAW.COM

February 18, 2009

Mr. Jeff Green
U.S. Merchants
8737 Wilshire Boulevard
Beverly Hills, CA 90211

Dear Mr. Green:

Re: Multi Packaging Solutions, Inc.

This law firm represents Multi Packaging Solutions, Inc. ("Multi Packaging"). It is our understanding that you owe Multi Packaging $405,612.03 and that this amount is significantly past due. If this account balance is not paid in full or satisfactory payment terms agreed to within ten (10) days of the date of this letter, Multi Packaging has instructed us to promptly commence litigation to resolve this matter. If we are forced to commence litigation, we will pursue all available damages, including costs and reimbursement of legal fees. Thus, please immediately contact me to arrange for payment.

Very truly yours,

VARNUM

Brion B. Doyle

bbd/tmg
VIA CERTIFIED MAIL
c:   Mr. Greg Bomers

2475590_1.DOC

GREENBERG TRAURIG, LLP
TYLER R. ANDREWS (SBN 250686)
MARK G. TRATOS (SBN 93425)
3773 Howard Hughes Pkwy., Suite 400 North
Las Vegas, NV 89169
Facsimile (702)792-9002

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTI PACKAGING SOLUTIONS, INC., a Delaware corporation<br><br>PLAINTIFF(S)<br>v.<br>U.S. MERCHANTS, INC., a California corporation, and THE MERCHANT OF TENNIS, INC., a California corporation<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV09-02361 MMM (FFMx)<br><br><br>SUMMONS |

TO: DEFENDANT(S): _Above Named Defendants_

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __TYLER R. ANDREWS__, whose address is __3773 HOWARD HUGHES PKWY., SUITE 400 N, LAS VEGAS, NV 89169__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __4/6/09__         By: _____
                             Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*