1 | RON S. KAUFMAN (SBN 61685)
2 | CHRISTINA M. LITTLEFIELD (SBN 245609)
  | christina_littlefield@fenkauf.com
  | FENIGSTEIN & KAUFMAN
3 | A Professional Corporation
  | 1900 Avenue of the Stars, Suite 2300
4 | Los Angeles, California 90067-4314
  | Telephone:  (310) 201-0777
5 | Facsimile: (310) 556-1346

Attorneys for Defendants and Counter-Claimants
U.S. MERCHANTS FINANCIAL GROUP, INC.
and THE MERCHANT OF TENNIS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTI PACKAGING SOLUTIONS, INC., a Delaware corporation, | CASE NO: CV09-2361-MMM(FFMx) |
| Plaintiff, | **NOTICE OF SETTLEMENT OF THE PARTIES** |
| vs. | |
| U.S. MERCHANTS, INC., a California corporation, and THE MERCHANT OF TENNIS, INC., a California corporation, | |
| Defendants. | |
| U.S. MERCHANTS FINANCIAL GROUP, INC., a California corporation, and THE MERCHANT OF TENNIS, INC., a California corporation, | |
| Counter-Claimants, | |
| vs. | |
| MULTI PACKAGING SOLUTIONS, INC., a Delaware corporation, and GREAT WESTERN INDUSTRIES, INC., a Delaware corporation, | |
| Counter-Defendants. | |

TO THE ABOVE-REFERENCED COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mediation was held before Jeff Kichaven at the Offices of Jeff Kichaven on March 2, 2010, and the parties in this action reached a binding settlement agreement. The parties are completing the settlement documentation and anticipate filing a Stipulation for Dismissal on or before April 15, 2010.

The parties respectfully request that the Court vacate all future hearings on this matter, including the following:

(1) Plaintiffs' Motion for Summary Judgment set for April 19, 2010 at 10:00 a.m.;

(2) Motion hearing cut-off set for April 19, 2010 at 10:00 a.m.;

(3) Pretrial Conference currently set for May 24, 2010 at 9:00 a.m.; and

(4) Jury Trial currently set for July 6, 2010 at 8:30 a.m.

[SIGNATURE PAGE FOLLOWS]

G:\FILE\3324\60 - Multi Packaging Solutions, Inc\Pleadings\Notice of Settlement\3.29.10.wpd

<br/>

| | |
|---|---|
| CHARYN HAIN (admitted *pro hac vice*)<br>chain@varnumlaw.com<br>BRION B. DOYLE (admitted *pro hac vice*)<br>bbdoyle@varnumlaw.com<br>VARNUM<br>333 Bridge Street, NW, Suite 1700<br>Grand Rapids, MI 49504<br>Phone: (616) 336-6000<br>Fax: (616) 336-7000<br><br>RAYMOND B. KIM (SBN 162756)<br>kimr@gtlaw.com<br>GREENBERG TAURIG, LLP<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA 90404<br>Phone.: (310) 586-7700<br>Fax: (310) 586-7800<br><br>/s/ Charyn K. Hain<br>**Charyn K. Hain, Esq.** | For Plaintiffs and Counter-Defendants MULTI PACKAGING SOLUTIONS, INC. and GREAT WESTERN INDUSTRIES, INC.<br><br><br><br><br><br><br><br><br><br><br>Dated: March 29, 2010 |
| Ron S. Kaufman (SBN 61685)<br>Christina M. Littlefield (SBN 245609)<br>Christina_Littlefield@fenkauf.com<br>Fenigstein & Kaufman, P.C.<br>1900 Avenue of the Stars, Suite 2300<br>Los Angeles, California 90067<br>Phone: (310) 201-0777<br>Fax: (310) 556-1346<br><br>/s/ Christina M. Littlefield<br>**Christina M. Littlefield, Esq.** | For Defendants and Counter-Claimants U.S. MERCHANTS FINANCIAL GROUP, INC. and THE MERCHANT OF TENNIS, INC.<br><br><br><br><br><br>Dated: March 29, 2010 |

# CERTIFICATE OF SERVICE

Christina M. Littlefield certifies that on March 29, 2010, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT OF THE PARTIES** was electronically filed with the Clerk of the Court for the Central District of California using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                        /s/ Christina M. Littlefield
Ron S. Kaufman (SBN 61685)
Christina M. Littlefield (SBN 245609)
christina_littlefield@fenkauf.com
Fenigstein & Kaufman, P.C.
1900 Avenue of the Stars, Suite 2300
Los Angeles, California 90067
Phone: (310) 201-0777
Fax: (310) 556-1346

G:\FILE\3324\60 - Multi Packaging Solutions, Inc\Pleadings\Notice of Settlement\3.29.10.wpd