JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTI PACKAGING SOLUTIONS, INC., <br><br> Plaintiff(s), <br><br> vs. <br><br> U.S. MERCHANTS, INC., ET AL <br><br> Defendant(s). <br><br> U.S. MERCHANTS FINANCIAL GROUP, INC., ET AL <br><br> Counter-claimants <br><br> vs. <br><br> MULTI PACKAGING SOLUTIONS, INC., ET AL <br><br> Counter-defendants | CASE NO. CV 09-02361-MMM(FFMx) <br><br> ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: March 30, 2010

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE