VARNUM
CHARYN HAIN (Admitted Pro Hac Vice)
BRION B. DOYLE (Admitted Pro Hac Vice)
333 Bridge Street NW
Grand Rapids, Michigan 49504
Tel.: (616) 336-6000; Fax: (616) 336-7000
Email: chain@varnumlaw.com;
bbdoyle@varnumlaw.com

GREENBERG TRAURIG, LLP
RAYMOND B. KIM (SBN 162756)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Tel.: (310) 586-7700; Fax: (310) 586-7800
Email: kimr@gtlaw.com

Attorneys for Plaintiff and Counter-Defendants
Multi Packaging Solutions, Inc. and Great Western Industries, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MULTI PACKAGING SOLUTIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br>vs.<br><br>U.S. MERCHANTS, INC., a California corporation, and THE MERCHANT OF TENNIS, INC., a California corporation,<br><br>Defendants.<br><br>_____<br><br>U.S. MERCHANTS, INC., a California corporation, and THE MERCHANT OF TENNIS, INC., a California corporation,<br><br>Counter-Claimants,<br>vs.<br>MULTI PACKAGING SOLUTIONS, INC., a Delaware corporation, and GREAT WESTERN INDUSTRIES, INC., a Delaware corporation,<br><br>Counter-Defendants. | CASE NO. CV09-2361-MMM (FFMx)<br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs and Counter-Defendants Multi Packaging Solutions, Inc. and Great Western Industries, Inc. (jointly, "Plaintiffs"), on the one hand, and Defendants and Counter-claimants U.S. Merchants Financial Group, Inc. d/b/a/ U.S. Merchants, Inc. and The Merchant of Tennis, Inc. (jointly, "Defendants"), on the other hand, hereby give notice that they have reached a full and final settlement of the claims and counterclaims asserted by the parties in this action (the "Settlement Agreement").

As part of the Settlement Agreement, the parties agree that this Court shall retain jurisdiction over the parties and the subject matter of this action solely for purposes of entry of an agreed upon Stipulation for Entry of Judgment and the related Judgment, if appropriate under the terms of the Settlement Agreement.

DATE: May 12, 2010

VARNUM

By: _____
Charyn Hain

DATED: May 12, 2010

GREENBERG TRAURIG, LLP

By: _____
Raymond B. Kim

Attorneys for Plaintiff and Counter-Defendants
Multi Packaging Solutions, Inc. and Great Western Industries, Inc.

DATED: May 12, 2010

FENIGSTEIN & KAUFMAN
A Professional Corporation

By: _____
Ron S. Kaufman

Attorneys for Defendants and Counter-Plaintiffs U.S. Merchants Financial Group d/b/a/ U.S. Merchants, Inc. and The Merchant of Tennis, Inc.